

FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 25-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 25-0004

IN RE THE PETITION OF
NORMAN J. AZEVEDO

O R D E R

Norman J. Azevedo has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since April 2024.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 13th day of January 2025.

For the Court,

By _____
Justice

FILED

JAN 1 3 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana